## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gilda K. Woodford                    CHAPTER 13
               Debtor(s)

                             BKY. NO. 22-12282 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW3 and index same on the master mailing list.

                        Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
06 Sep 2022, 12:10:14, EDT

          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322