**Thomas Jefferson University**
11th & Walnut Street
Philadelphia, PA 19107-5587

| | |
|---|---|
| Pay Group: | UBI-TJU Biweekly |
| Pay Begin Date: | 07/03/2022 |
| Pay End Date: | 07/16/2022 |

| | |
|---|---|
| Business Unit: | 030 |
| Advice #: | 000000010729226 |
| Advice Date: | 07/22/2022 |

**Gilda K Woodford**
726 West Old Railroad Avenue
Bryn Mawr, PA 19010

| | |
|---|---|
| Employee ID: | 000159545 |
| Department: | 03086030-Security |
| Location: | Curtis Building |
| Job Title: | Security Officer |
| Pay Rate: | $18.231000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 18.231000 | 72.00 | 1,312.63 | 1,092.53 | 19,888.29 |
| FLSART ADJ | | | 14.06 | | 268.34 |
| TimeOffUsc | 18.231000 | 8.00 | 145.85 | 152.00 | 2,771.13 |
| Holiday | 18.231000 | 8.00 | 145.85 | 48.00 | 866.60 |
| Hol Prem | 18.231000 | 4.00 | 72.92 | 24.70 | 443.87 |
| Hol Worked | 18.231000 | 8.00 | 145.85 | 49.40 | 887.77 |
| Shift Diff | | | 158.43 | | 2,251.75 |
| Overtime | 27.346154 | 9.62 | 263.07 | 300.95 | 8,196.98 |
| Suppl Pay | | | 0.00 | | 1,000.00 |
| TimeOffSch | | | 0.00 | 48.00 | 875.10 |
| Certificat | | | 0.00 | 4.00 | 72.92 |
| Stipend | | | 0.00 | | 83.64 |
| **TOTAL:** | | **109.62** | **2,258.66** | **1,719.58** | **37,606.39** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 191.37 | 3,620.78 |
| Fed MED/EE | 32.47 | 531.81 |
| Fed OASDI/EE | 138.83 | 2,273.94 |
| PA Unempl EE | 1.35 | 22.56 |
| PA Withholdng | 68.43 | 1,121.25 |
| PA PHILADELPHIA Wit | 77.70 | 1,296.28 |
| **TOTAL:** | **510.15** | **8,866.62** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 22.15 | 595.35 |
| Dental | 4.64 | 69.60 |
| Vis | 2.91 | 43.65 |
| EE403B | 105.01 | 1,521.70 |
| EeSmokePrm | 0.00 | 375.00 |
| **TOTAL:** | **134.71** | **2,605.30** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 15.33 | 192.89 |
| Suppl AD/D | 1.75 | 26.21 |
| Suppl LTD | 3.79 | 111.94 |
| BeneftPlus | 59.98 | 783.18 |
| **TOTAL:** | **80.85** | **1,114.22** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| EE STD* | 7.33 | 109.74 |
| Basic LTD* | 2.93 | 43.87 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,258.66 | 2,134.21 | 510.15 | 215.56 | 1,532.95 |
| YTD | 37,606.39 | 35,154.70 | 8,866.62 | 3,719.52 | 25,020.25 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010729226 | Checking | $1,532.95 |
| **TOTAL:** | | **$1,532.95** |

**MESSAGE:**

---

**Thomas Jefferson University**
11th & Walnut Street
Philadelphia, PA 19107-5587

**Date:** 07/22/2022

**Advice No.** 10729226

**Deposit Amount:** $1,532.95

**To The Account Of**

**GILDA K WOODFORD**
726 West Old Railroad Avenue
Bryn Mawr, PA 19010

Location: Curtis Building

## NON-NEGOTIABLE

**Thomas Jefferson University**
11th & Walnut Street
Philadelphia, PA 19107-5587

| Pay Group: | UBI-TJU Biweekly |
| Pay Begin Date: | 06/19/2022 |
| Pay End Date: | 07/02/2022 |

| Business Unit: | 030 |
| Advice #: | 000000010690454 |
| Advice Date: | 07/08/2022 |

**Gilda K Woodford**
726 West Old Railroad Avenue
Bryn Mawr, PA 19010

| Employee ID: | 000159545 |
| Department: | 03086030-Security |
| Location: | Curtis Building |
| Job Title: | Security Officer |
| Pay Rate: | $18.231000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 18.231000 | 80.00 | 1,458.48 | 1,020.53 | 18,575.66 |
| FLSART ADJ | | | 5.33 | | 254.28 |
| TimeOffUsc | 18.231000 | 16.00 | 291.70 | 144.00 | 2,625.28 |
| Shift Diff | | | 147.98 | | 2,093.32 |
| Suppl Pay | | | 1,000.00 | | 1,000.00 |
| Overtime | 27.346784 | 7.93 | 216.86 | 291.33 | 7,933.91 |
| TimeOffSch | | | 0.00 | 48.00 | 875.10 |
| Holiday | | | 0.00 | 40.00 | 720.75 |
| Hol Prem | | | 0.00 | 20.70 | 370.95 |
| Hol Worked | | | 0.00 | 41.40 | 741.92 |
| Certificat | | | 0.00 | 4.00 | 72.92 |
| Stipend | | | 0.00 | | 83.64 |
| **TOTAL:** | | **103.93** | **3,120.35** | **1,609.96** | **35,347.73** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 381.38 | 3,429.41 |
| Fed MED/EE | 44.35 | 499.34 |
| Fed OASDI/EE | 189.62 | 2,135.11 |
| PA Unempl EE | 1.87 | 21.21 |
| PA Withholdng | 93.58 | 1,052.82 |
| PA PHILADELPHIA Wit | 107.34 | 1,218.58 |
| **TOTAL:** | **818.14** | **8,356.47** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 39.69 | 573.20 |
| Dental | 4.64 | 64.96 |
| Vis | 2.91 | 40.74 |
| EeSmokePrm | 25.00 | 375.00 |
| EE403B | 105.01 | 1,416.69 |
| **TOTAL:** | **177.25** | **2,470.59** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 15.33 | 177.56 |
| Suppl AD/D | 1.75 | 24.46 |
| Suppl LTD | 6.04 | 108.15 |
| BenefitPlus | 59.98 | 723.20 |
| **TOTAL:** | **83.10** | **1,033.37** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| EE STD* | 7.33 | 102.41 |
| Basic LTD* | 2.93 | 40.94 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,120.35 | 2,953.36 | 818.14 | 260.35 | 2,041.86 |
| YTD | 35,347.73 | 33,020.49 | 8,356.47 | 3,503.96 | 23,487.30 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010690454 | Checking | $2,041.86 |
| **TOTAL:** | | **$2,041.86** |

**MESSAGE:**

---

**Thomas Jefferson University**
11th & Walnut Street
Philadelphia, PA 19107-5587

**Date:** 07/08/2022

**Advice No.** 10690454

**Deposit Amount:** $2,041.86

**To The Account Of**

GILDA K WOODFORD
726 West Old Railroad Avenue
Bryn Mawr, PA 19010

Location: Curtis Building

## NON-NEGOTIABLE

**Thomas Jefferson University**
11th & Walnut Street
Philadelphia, PA 19107-5587

| Pay Group: | UBI-TJU Biweekly |
| --- | --- |
| Pay Begin Date: | 06/05/2022 |
| Pay End Date: | 06/18/2022 |

| Business Unit: | 030 |
| --- | --- |
| Advice #: | 000000010651593 |
| Advice Date: | 06/24/2022 |

**Gilda K Woodford**
726 West Old Railroad Avenue
Bryn Mawr, PA 19010

| Employee ID: | 000159545 |
| --- | --- |
| Department: | 03086030-Security |
| Location: | Curtis Building |
| Job Title: | Security Officer |
| Pay Rate: | $18.231000 Hourly |

| TAX DATA: | Federal | PA State |
| --- | --- | --- |
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 18.231000 | 80.00 | 1,458.48 | 940.53 | 17,117.18 | Fed Withholdng | 239.32 | 3,048.03 |
| FLSART ADJ | | | 14.91 | | 248.95 | Fed MED/EE | 35.75 | 454.99 |
| TimeOffUsc | 18.231000 | 24.00 | 437.54 | 128.00 | 2,333.58 | Fed OASDI/EE | 152.89 | 1,945.49 |
| Shift Diff | | | 179.97 | | 1,945.34 | PA Unempl EE | 1.52 | 19.34 |
| Overtime | 27.346683 | 15.98 | 437.00 | 283.40 | 7,717.05 | PA Withholdng | 75.39 | 959.24 |
| TimeOffSch | | | 0.00 | 48.00 | 875.10 | PA PHILADELPHIA Wit | 87.16 | 1,111.24 |
| Holiday | | | 0.00 | 40.00 | 720.75 | | | |
| Hol Prem | | | 0.00 | 20.70 | 370.95 | | | |
| Hol Worked | | | 0.00 | 41.40 | 741.92 | | | |
| Certificat | | | 0.00 | 4.00 | 72.92 | | | |
| Stipend | | | 0.00 | | 83.64 | | | |
| **TOTAL:** | | 119.98 | 2,527.90 | 1,506.03 | 32,227.38 | **TOTAL:** | 592.03 | 7,538.33 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical | 39.69 | 533.51 | Life Ins. | 15.33 | 162.23 | EE STD* | 7.33 | 95.08 |
| Dental | 4.64 | 60.32 | Suppl AD/D | 1.75 | 22.71 | Basic LTD* | 2.93 | 38.01 |
| Vis | 2.91 | 37.83 | Suppl LTD | 7.58 | 102.11 | | | |
| EeSmokePrm | 25.00 | 350.00 | BeneftPlus | 59.98 | 663.22 | | | |
| EE403B | 113.76 | 1,311.68 | | | | | | |
| **TOTAL:** | 186.00 | 2,293.34 | **TOTAL:** | 84.64 | 950.27 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 2,527.90 | 2,352.16 | 592.03 | 270.64 | 1,665.23 |
| YTD | 32,227.38 | 30,067.13 | 7,538.33 | 3,243.61 | 21,445.44 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
| --- | --- | --- |
| Advice #000000010651593 | Checking | $1,665.23 |
| **TOTAL:** | | $1,665.23 |

**MESSAGE:**

---

**Thomas Jefferson University**
11th & Walnut Street
Philadelphia, PA 19107-5587

**Date: 06/24/2022**

**Advice No. 10651593**

**Deposit Amount:** $1,665.23

**To The Account Of**

**GILDA K WOODFORD**
726 West Old Railroad Avenue
Bryn Mawr, PA 19010

Location: Curtis Building

## NON-NEGOTIABLE