Thomas Jefferson University
11th & Walnut Street
Philadelphia, PA 19107-5587

Pay Group: UBI-TJU Biweekly
Pay Begin Date: 09/11/2022
Pay End Date: 09/24/2022

Business Unit: 030
Advice #: 000000010919719
Advice Date: 09/30/2022

Gilda K Woodford
726 West Old Railroad Avenue
Bryn Mawr, PA 19010

Employee ID: 000159545
Department: 03086030-Security
Location: Curtis Building
Job Title: Security Officer
Pay Rate: $18.231000 Hourly

TAX DATA: | Federal | PA State
Marital Status: Single | Single
Allowances: N/A | 0
Addl. Pct: N/A
Addl. Amt:

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 18.231000 | 72.00 | 1,312.63 | 1,436.75 | 26,163.77 |
| FLSA RT ADJ | | | 7.11 | | 327.49 |
| TimeOffUse | 18.231000 | 10.48 | 191.06 | 217.68 | 3,968.55 |
| Shift Diff | | | 135.92 | | 2,955.25 |
| Overtime | 27.346863 | 8.13 | 222.33 | 367.90 | 10,027.83 |
| Suppl Pay | | | 0.00 | | 1,000.00 |
| TimeOffSch | | | 0.00 | 48.00 | 875.10 |
| Bereavemnt | | | 0.00 | 24.00 | 437.54 |
| Holiday | | | 0.00 | 48.00 | 866.60 |
| Hol Prem | | | 0.00 | 28.78 | 518.25 |
| Hol Worked | | | 0.00 | 57.55 | 1,036.35 |
| Certificat | | | 0.00 | 4.00 | 72.92 |
| Stipend | | | 0.00 | | 83.64 |
| TOTAL: | | 90.61 | 1,869.05 | 2,232.66 | 48,333.29 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 143.45 | 4,548.22 |
| Fed MED/EE | 26.82 | 685.94 |
| Fed OASDI/EE | 114.68 | 2,932.98 |
| PA Unempl EE | 1.12 | 29.00 |
| PA Withholding | 56.47 | 1,446.01 |
| PA PHILADELPHIA Wit | 64.30 | 1,665.29 |
| TOTAL: | 406.84 | 11,307.44 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 22.15 | 706.10 |
| Dental | 4.64 | 92.80 |
| Vis | 2.91 | 58.20 |
| EE403B | 90.22 | 2,005.25 |
| EeSmokePrn | 0.00 | 375.00 |
| TOTAL: | 119.92 | 3,237.35 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 15.33 | 269.54 |
| Suppl AD/D | 1.75 | 34.96 |
| Suppl LTD | 3.79 | 130.89 |
| BenefPlus | 59.98 | 1,083.08 |
| TOTAL: | 80.85 | 1,518.47 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| EE STD* | 7.33 | 146.39 |
| Basic LTD* | 2.93 | 58.52 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,869.05 | 1,759.39 | 406.84 | 200.77 | 1,261.44 |
| YTD | 48,333.29 | 45,300.85 | 11,307.44 | 4,755.82 | 32,270.03 |

### NET PAY DISTRIBUTION

Advice #0000000010919719    Account Type: Checking    Deposit Amount: 1,261.44

TOTAL: 1,261.44

MESSAGE:

Thomas Jefferson University
11th & Walnut Street
Philadelphia, PA 19107-5587

Date: 09/30/2022

Advice No. 10919719

Deposit Amount: $1,261.44

To The Account Of

GILDA K WOODFORD
726 West Old Railroad Avenue
Bryn Mawr, PA 19010
Location: Curtis Building

## NON-NEGOTIABLE

Thomas Jefferson University
11th & Walnut Street
Philadelphia, PA 19107-5587

| Pay Group: | UBI-TJU Biweekly |
|---|---|
| Pay Begin Date: | 08/28/2022 |
| Pay End Date: | 09/10/2022 |

| Business Unit: | 030 |
|---|---|
| Advice #: | 000000010881290 |
| Advice Date: | 09/16/2022 |

Gilda K Woodford
726 West Old Railroad Avenue
Bryn Mawr, PA 19010

| | |
|---|---|
| Employee ID: | 000159545 |
| Department: | 03086030-Security |
| Location: | Curtis Building |
| Job Title: | Security Officer |
| Pay Rate: | $18.231000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | N/A | 0 |
| Addl. Pct: | N/A | |
| Addl. Amt: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 18.231000 | 71.85 | 1,309.90 | 1,364.75 | 24,851.14 |
| FLSART ADJ | | | 18.15 | | 320.38 |
| TimeOffUse | 18.231000 | 8.00 | 145.85 | 207.20 | 3,777.49 |
| Hol Prem | 18.231000 | 4.08 | 74.38 | 28.78 | 518.25 |
| Hol Worked | 18.231000 | 8.15 | 148.58 | 57.55 | 1,036.35 |
| Shift Diff | | | 133.53 | | 2,819.33 |
| Overtime | 27.346651 | 17.02 | 465.44 | 359.77 | 9,805.50 |
| Suppl Pay | | | 0.00 | | 1,000.00 |
| TimeOffSch | | | 0.00 | 48.00 | 875.10 |
| Bereavemnt | | | 0.00 | 24.00 | 437.54 |
| Holiday | | | 0.00 | 48.00 | 866.60 |
| Certificat | | | 0.00 | 4.00 | 72.92 |
| Stipend | | | 0.00 | | 83.64 |
| TOTAL: | | 109.10 | 2,295.83 | 2,142.05 | 46,464.24 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 201.47 | 4,404.77 |
| Fed MED/EE | 33.01 | 659.12 |
| Fed OASDI/EE | 141.13 | 2,818.30 |
| PA Unempl EE | 1.38 | 27.88 |
| PA Withholdng | 69.57 | 1,389.54 |
| PA PHILADELPHIA Wit | 78.98 | 1,600.99 |
| TOTAL: | 525.54 | 10,900.60 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 22.15 | 683.95 |
| Dental | 4.64 | 88.16 |
| Vis | 2.91 | 55.29 |
| EE403B | 96.26 | 1,915.03 |
| EeSmokePrm | 0.00 | 375.00 |
| TOTAL: | 125.96 | 3,117.43 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 15.33 | 254.21 |
| Suppl AD/D | 1.75 | 33.21 |
| Suppl LTD | 3.79 | 127.10 |
| BenefitPlus | 59.98 | 1,023.10 |
| TOTAL: | 80.85 | 1,437.62 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| EE STD* | 7.33 | 139.06 |
| Basic LTD* | 2.93 | 55.59 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,295.83 | 2,180.13 | 525.54 | 206.81 | 1,563.48 |
| YTD | 46,464.24 | 43,541.46 | 10,900.60 | 4,555.05 | 31,008.59 |

### NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010881290 | Checking | 1,563.48 |
| TOTAL: | | 1,563.48 |

MESSAGE:

Thomas Jefferson University
11th & Walnut Street
Philadelphia, PA 19107-5587

Date: 09/16/2022

Advice No. 10881290

Deposit Amount: $1,563.48

To The Account Of

GILDA K WOODFORD
726 West Old Railroad Avenue
Bryn Mawr, PA 19010
Location: Curtis Building

## NON-NEGOTIABLE

| Thomas Jefferson University<br>11th & Walnut Street<br>Philadelphia, PA 19107-5587 | Pay Group: UBI-TJU Biweekly<br>Pay Begin Date: 07/31/2022<br>Pay End Date: 08/13/2022 | Business Unit: 030<br>Advice #: 000000010806123<br>Advice Date: 08/19/2022 |
|---|---|---|
| Gilda K Woodford<br>726 West Old Railroad Avenue<br>Bryn Mawr, PA 19010 | Employee ID: 000159545<br>Department: 03086030-Security<br>Location: Curtis Building<br>Job Title: Security Officer<br>Pay Rate: $18.231000 Hourly | TAX DATA: Federal / PA State<br>Marital Status: Single / Single<br>Allowances: 0 / 0<br>Addl. Pct:<br>Addl. Amt: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 18.231000 | 56.27 | 1,025.86 | 1,212.90 | 22,082.76 |
| TimeOffUse | 18.231000 | 8.00 | 145.85 | 191.20 | 3,485.79 |
| Bereavemnt | 18.231000 | 24.00 | 437.54 | 24.00 | 437.54 |
| Shift Diff | | | 96.40 | | 2,511.32 |
| FLSART ADJ | | | 0.00 | | 279.97 |
| Suppl Pay | | | 0.00 | | 1,000.00 |
| TimeOffSch | | | 0.00 | 48.00 | 875.10 |
| Holiday | | | 0.00 | 48.00 | 866.60 |
| Hol Prem | | | 0.00 | 24.70 | 443.87 |
| Hol Worked | | | 0.00 | 49.40 | 887.77 |
| Overtime | | | 0.00 | 314.43 | 8,565.61 |
| Certified | | | 0.00 | 4.00 | 72.92 |
| Stipend | | | 0.00 | | 83.64 |
| TOTAL: | | 88.27 | 1,705.65 | 1,916.63 | 41,592.89 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 123.09 | 3,940.29 |
| Fed MED/EE | 24.45 | 589.05 |
| Fed OASDI/EE | 104.55 | 2,518.69 |
| PA Unempl EE | 1.03 | 24.96 |
| PA Withholdng | 51.45 | 1,241.81 |
| PA PHILADELPHIA Wit | 58.67 | 1,433.41 |
| TOTAL: | 363.24 | 9,748.21 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 22.15 | 639.65 |
| Dental | 4.64 | 78.88 |
| Vis | 2.91 | 49.47 |
| EE403B | 96.56 | 1,722.51 |
| EeSmokePrm | 0.00 | 375.00 |
| TOTAL: | 126.26 | 2,865.51 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 15.33 | 223.55 |
| Suppl AD/D | 1.75 | 29.71 |
| Suppl LTD | 3.79 | 119.52 |
| BenefitPlus | 59.98 | 903.14 |
| TOTAL: | 80.85 | 1,275.92 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| EE STD* | 7.33 | 124.49 |
| Basic LTD* | 2.93 | 49.73 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,705.65 | 1,589.65 | 363.24 | 207.11 | 1,135.30 |
| YTD | 41,592.89 | 38,901.51 | 9,748.21 | 4,141.43 | 27,703.25 |

### NET PAY DISTRIBUTION

| Advice #000000010806123 | Account Type: Checking | Deposit Amount: $1,135.30 |
|---|---|---|
| | TOTAL: | $1,135.30 |

MESSAGE:

---

Thomas Jefferson University
11th & Walnut Street
Philadelphia, PA 19107-5587

Date: 08/19/2022         Advice No. 10806123

Deposit Amount:    $1,135.30

To The Account Of

GILDA K WOODFORD
726 West Old Railroad Avenue
Bryn Mawr, PA 19010
Location: Curtis Building

# NON-NEGOTIABLE

Thomas Jefferson University
11th & Walnut Street
Philadelphia, PA 19107-5587

| Pay Group: | UBI-TJU Biweekly |
|---|---|
| Pay Begin Date: | 07/03/2022 |
| Pay End Date: | 07/16/2022 |

| Business Unit: | 030 |
|---|---|
| Advice #: | 000000010729226 |
| Advice Date: | 07/22/2022 |

Gilda K Woodford
726 West Old Railroad Avenue
Bryn Mawr, PA 19010

| Employee ID: | 000159545 |
|---|---|
| Department: | 03086030-Security |
| Location: | Curtis Building |
| Job Title: | Security Officer |
| Pay Rate: | $18.231000 Hourly |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 18.231000 | 72.00 | 1,312.63 | 1,092.53 | 19,888.29 |
| FLSART ADJ | | | 14.06 | | 268.34 |
| TimeOffUse | 18.231000 | 8.00 | 145.85 | 152.00 | 2,771.13 |
| Holiday | 18.231000 | 8.00 | 145.85 | 48.00 | 866.60 |
| Hol Prem | 18.231000 | 4.00 | 72.92 | 24.70 | 443.87 |
| Hol Worked | 18.231000 | 8.00 | 145.85 | 49.40 | 887.77 |
| Shift Diff | | | 158.43 | | 2,251.75 |
| Overtime | 27.346154 | 9.62 | 263.07 | 300.95 | 8,196.98 |
| Suppl Pay | | | 0.00 | | 1,000.00 |
| TimeOffSch | | | 0.00 | 48.00 | 875.10 |
| Certificat | | | 0.00 | 4.00 | 72.92 |
| Stipend | | | 0.00 | | 83.64 |
| TOTAL: | | 109.62 | 2,258.66 | 1,719.58 | 37,606.39 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 191.37 | 3,620.78 |
| Fed MED/EE | 32.47 | 531.81 |
| Fed OASDI/EE | 138.83 | 2,273.94 |
| PA Unempl EE | 1.35 | 22.56 |
| PA Withholdng | 68.43 | 1,121.25 |
| PA PHILADELPHIA Wit | 77.70 | 1,296.28 |
| TOTAL: | 510.15 | 8,866.62 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical | 22.15 | 595.35 |
| Dental | 4.64 | 69.60 |
| Vis | 2.91 | 43.65 |
| EB403B | 105.01 | 1,521.70 |
| EeSmokePrn | 0.00 | 375.00 |
| TOTAL: | 134.71 | 2,605.30 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Life Ins. | 15.33 | 192.89 |
| Suppl AD/D | 1.75 | 26.21 |
| Suppl LTD | 3.79 | 111.94 |
| BenefitPlus | 59.98 | 783.18 |
| TOTAL: | 80.85 | 1,114.22 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| EE STD* | 7.33 | 109.74 |
| Basic LTD* | 2.93 | 43.87 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,258.66 | 2,134.21 | 510.15 | 215.56 | 1,532.95 |
| YTD | 37,606.39 | 35,154.70 | 8,866.62 | 3,719.52 | 25,020.25 |

## NET PAY DISTRIBUTION

| | Account Type | Deposit Amount |
|---|---|---|
| Advice #000000010729226 | Checking | $1,532.95 |
| TOTAL: | | $1,532.95 |

MESSAGE:

---

Thomas Jefferson University
11th & Walnut Street
Philadelphia, PA 19107-5587

Date: 07/22/2022

Advice No. 10729226

Deposit Amount: $1,532.95

To The Account Of

GILDA K WOODFORD
726 West Old Railroad Avenue
Bryn Mawr, PA 19010
Location: Curtis Building

## NON-NEGOTIABLE