# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-12282-ELF

GILDA K. WOODFORD

726 WEST OLD RAILROAD AVENUE

BRYN MAWR, PA 19010

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GILDA K. WOODFORD

726 WEST OLD RAILROAD AVENUE

BRYN MAWR, PA 19010

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

Date: 2/14/2023

/S/ Kenneth E. West
_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee