United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gilda K. Woodford  
    Debtor

Case No. 22-12282-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 22, 2023      Form ID: pdf900      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gilda K. Woodford, 726 West Old Railroad Avenue, Bryn Mawr, PA 19010 |
| 14717530 | + | CBNA, PO Box 189, Sioux Falls, SD 57101-0189 |
| 14717531 | | ECMC, Imation Place, Saint Paul, MN 55128 |
| 14717539 | | Tax Collector, Lower Merion Township, PO Box 41505, Philadelphia, PA 19101-1505 |
| 14717540 | + | Temple Un Ed, Po Box 918, Brookfield, WI 53008-0918 |
| 14719597 | + | Wells Fargo Bank, N.A., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14717544 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 23 2023 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2023 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Mar 23 2023 00:07:58 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14717529 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2023 00:07:57 | CACH LLC, 4340 S. Monaco, Second Floor, Denver, CO 80237 |
| 14718688 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2023 00:07:57 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14724762 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 23 2023 00:03:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14717532 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 23 2023 00:07:58 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 14717534 | + | Email/Text: Documentfiling@lciinc.com | Mar 23 2023 00:03:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |
| 14717533 | + | Email/Text: Documentfiling@lciinc.com | Mar 23 2023 00:03:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14732392 | + | Email/Text: Documentfiling@lciinc.com | Mar 23 2023 00:03:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14717535 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2023 00:03:00 | Midland Funding LLC, 2365 Northside Drive Ste 30, San Diego, CA 92108-2710 |
| 14717537 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2023 00:07:54 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14717536 | + | Email/Text: bankruptcy1@pffcu.org | Mar 23 2023 00:03:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14717538 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 2 |
| Date Rcvd: Mar 22, 2023 | Form ID: pdf900 | | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | Mar 23 2023 00:03:00 | Select Portfolio Servicing, PO Box 65250, Attn: Bankruptcy Dept., Salt Lake City, UT 84165-0250 |
| 14717541 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 23 2023 00:03:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52409 |
| 14732533 | Email/PDF: bncnotices@becket-lee.com | Mar 23 2023 00:07:58 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14717543 | Email/Text: bknotice@upgrade.com | Mar 23 2023 00:03:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 14717542 | Email/Text: bknotice@upgrade.com | Mar 23 2023 00:03:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14734339 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 23 2023 00:03:00 | Wells Fargo Bank, N.A., as Trustee, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 24, 2023            Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wells Fargo Bank N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW3 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wells Fargo Bank N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW3 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Gilda K. Woodford support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              Chapter 13
GILDA K. WOODFORD

                         Debtor                Bankruptcy No. 22-12282-AMC

## O R D E R

**AND NOW**, this _____ day of _____, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: March 21, 2023

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
PAUL H YOUNG, ESQ
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-

Debtor:
GILDA K. WOODFORD

726 WEST OLD RAILROAD AVENUE

BRYN MAWR, PA 19010